STEVEN D. MEACHAM, ESQ.
California Bar No. 169977
JOHN V. LEARY, ESQ.
California Bar No. 137800
**PEEL BRIMLEY LLP**
1215 4th Avenue, Suite 1235
Seattle, Washington 98161
Telephone: (206) 770-3339
Facsimile: (206) 770-3490
*Attorneys for Plaintiff AMERICAN*
*CONSTRUCTION & ENVIROMENTAL SERVICES, INC.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TOTAL TEAM CONSTRUCTION SERVICES, INC., a California corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a bonding company corporation; DOES I through X; ROE CORPORATIONS I through X; BOE BONDING COMPANIES I through X, inclusive;<br><br>Defendants. | Case NO. 1:14-cv-00087-LGO-GSA<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION OR ALTERNATIVELY FOR A STAY OF PROCEEDINGS<br><br>Date:   April 3, 2014<br>Time:   8:30 a.m.<br>Courtroom: 4, 7th Floor<br><br>***COURT LANGUAGE ADDED TO ORDER*** |

**STIPULATION FOR CONTINUANCE**

Use Plaintiff American Construction & Environmental Services, Inc. ("ACES") and Defendants Total Team Construction Services Inc. ("Total Team") and Travelers Casualty & Surety Company of America ("Travelers"), by and through their respective undersigned counsel, hereby stipulate and request this Court to continue the scheduled hearing on Defendant's Motion To Dismiss The Complaint For Lack Jurisdiction Or Alternatively For A Stay of Proceedings

1  (Dkt. No. 8) from Thursday, April 3, 2014, at 8:30 a.m. to Thursday, April 17, 2014 at 8:30 a.m.
2  in Courtroom 4 (7th Floor), 2500 Tulare Street, Fresno, California, 93721.

3      Plaintiff has not yet filed its opposition papers to Defendants' Motion to Dismiss.
4  Pursuant to the continued hearing date, Plaintiff's opposition papers will be due April 3, 2014,
5  and Defendants' reply papers will be due April 10, 2014.

6  Dated: March 10, 2014.                                                     Respectfully submitted,

8  DATED this ___ day of March, 2014.       **PEEL BRIMLEY, LLP**

10                                                     _____
STEVEN D. MEACHAM, ESQ. (CA 169977)
JOHN V. LEARY, ESQ. (CA 137800)
PEEL BRIMLEY LLP
1215 4th Avenue, Suite 1235
Seattle, Washington 98161
Telephone: (206) 770-3339
Facsimile: (206) 770-3490
smeahcam@peelbrimley.com
jleary@peelbrimley.com
*Attorneys for Plaintiff AMERICAN CONSTRUCTION & ENVIROMENTAL SERVICES, INC.*

17  DATED this ___ day of March, 2014.       **ROGERS JOSEPH O'DONNELL**

_____
PATRICIA A. MEAGHER, ESQ. (113219)
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
pmeagher@rjo.com
*Attorneys for Defendants TOTAL TEAM CONSTRUCTION SERVICES, INC. and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA*

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

**ORDER**

Based on the parties' stipulation, this Court:

1.   VACATES the April 3, 2014 hearing on defendants' motion to dismiss (doc. 8) and ORDERS no party to appear on that date;

2.   ORDERS plaintiff, no later than April 10, 2014, to file opposition papers; and

3.   ORDERS defendants, no later than April 17, 2014, to file optional reply papers.

Pursuant to its practice, this Court will consider the motion to dismiss on the record without a hearing and issue its written ruling.

IT IS SO ORDERED.

Dated:   **March 11, 2014**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

STIPULATION AND [PROPOSED] ORDER FOR
CONTINUANCE OF HEARING ON DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT        3