1  STEVEN D. MEACHAM, ESQ. (State Bar No. 169977)
   smeacham@peelbrimley.com
2  JOHN V. LEARY, ESQ. (State Bar No. 137800)
   jleary@peelbrimley.com
3  **PEEL BRIMLEY LLP**
   1215 4th Avenue, Suite 1235
4  Seattle, Washington 98161
   Telephone: (206) 770-3339
5  Facsimile: (206) 770-3490
   *Attorneys for Plaintiff AMERICAN*
6  *CONSTRUCTION & ENVIROMENTAL SERVICES, INC.*

7  ROGERS JOSEPH O'DONNELL
   Patricia A. Meagher (State Bar No. 113219)
8  pmeagher@rjo.com
   Tyson Arbuthnot (State Bar No. 215225)
9  tarbuthnot@rjo.com
   311 California Street
10 San Francisco, California 94104
   Telephone:  415.956.2828
11 Facsimile:  415.956.6457
   *Attorneys for Defendants TOTAL TEAM CONSTRUCTION SERVICES, INC. and*
12 *TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA*

13

14                    UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
15                            (FRESNO DIVISION)

| | |
|---|---|
| 16  AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., a Nevada corporation, | Case No. 1:14-cv-00087-LJO-GSA |
| 18          Plaintiffs, | STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| 20   vs. | |
| 21  TOTAL TEAM CONSTRUCTION SERVICES, INC., a California corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a bonding company corporation; DOES I through X; ROE CORPORATIONS I through X; BOE BONDING COMPANIES I through X, inclusive; | (Doc. 24) |
| | Date:      August 8, 2014
Time:      9:30 a.m.
Courtroom: #10 |
| 25          Defendants. | Judge:     Gary S. Austin
           U.S. Magistrate Judge |

26

Stipulation and Order, Case No. 1:14-Cv-00087-LJO-GSA
Page 1 of 4

**PEEL BRIMLEY LLP**
1215 FOURTH AVENUE, SUITE 1235
SEATTLE, WASHINGTON 98161
(206) 770-3339

**STIPULATION**

1. WHEREAS, on July 9, 2014, PLAINTIFF American Construction & Environmental Services, Inc. ("Plaintiff") filed Plaintiff's Motion For Leave To File First Amended Complaint" (Docket Item 24);

2. WHEREAS DEFENDANTS Total Team Construction Services, Inc. ("Total Team") and Travelers Casualty & Surety Company of America's ("Travelers") (collectively "Defendants") do not oppose Plaintiff's motion for leave to amend, but reserve all rights to challenge the allegations and claims asserted in Plaintiff's First Amended Complaint; and

3. WHEREAS on August 5, 2014, the Court notified the Parties through their respective counsel that, to date, no opposition has been filed; accordingly, to promote judicial economy and conserve resources, the Court inquired if the parties are amenable to submitting a stipulation and proposed order granting Plaintiff leave to amend the Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, by and through their respective undersigned counsel, that:

1. The Court shall enter an Order (a proposed Order is submitted herewith) granting Plaintiff leave to file its First Amended Complaint in the form as requested in the subject motion and attached as Exhibit A thereto;

2. Plaintiff shall file the First Amended Complaint and serve all defendants within 10 days of the date of the Court's Order;

3. The hearing on Plaintiff's Motion for Leave to Amend shall be vacated.

IT IS SO STIPULATED.

DATED this __5th__ day of August 2014.

| | |
|---|---|
| **PEEL BRIMLEY, LLP**<br>_/s/ John V. Leary_____<br>STEVEN D. MEACHAM, ESQ. (CA 169977)<br>JOHN V. LEARY, ESQ. (CA 137800)<br>1215 4th Avenue, Suite 1235<br>Seattle, Washington 98161<br>Phone: 206-770-3339 / Fax: 206-770-3490<br>*Attorneys for Plaintiff* | **ROGERS JOSEPH O'DONNELL, PLC** _/s/_<br>*Tyson Arbuthnot*_____<br>PATRICIA A. MEAGHER<br>TYSON ARBUTHNOT<br>311 California Street, 10th Floor<br>San Francisco, CA  94104<br>Phone: 415.956.2828 / Fax: 415.956.6457<br>*Attorneys for Defendants* |

Stipulation and Order, Case No. 1:14-Cv-00087-LJO-GSA
Page 2 of 4

**PEEL BRIMLEY LLP**
1215 FOURTH AVENUE, SUITE 1235
SEATTLE, WASHINGTON 98161
(206) 770-3339

**ORDER**

Pursuant to Fed. R. Civ. Proc. 15(a)(2) and the Parties' Stipulation above, the Court GRANTS Plaintiff's Motion For Leave To File First Amended Complaint. (Doc. 24). Plaintiff shall file the First Amended Complaint (in the final form as requested in the subject motion and attached as Exhibit A thereto) no later than **August 15, 2014** and file a proof of service for all defendants no later than **August 25, 2014**.[1] The hearing on Plaintiff's Motion to Amend set for August 8, 2014 at 9:30 a.m. is VACATED.

The scheduling conference currently scheduled for August 25, 2014 at 10:00 a.m. is continued until October 6, 2014 at 10:00 a.m. to allow the parties time for service and for conferencing prior to the hearing.

IT IS SO ORDERED.

Dated: **August 6, 2014**             **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Proof of service is only required for Titan-PME Equipment Sales since it is the only new party that has not yet appeared in the action. The other parties will be served when the First Amended Complaint is filed on the CM/ECF system.

Stipulation and Order, Case No. 1:14-Cv-00087-LJO-GSA
Page 3 of 4

**PEEL BRIMLEY LLP**
1215 FOURTH AVENUE, SUITE 1235
SEATTLE, WASHINGTON 98161
(206) 770-3339

DECLARATION OF SERVICE

I, _____, declare under penalty of perjury under the law of the state of Nevada that on this date I served a copy of the foregoing document upon the following parties as indicated:

| | |
|---|---|
| ROGERS JOSEPH O'DONNELL<br>Patricia A. Meagher, Esq.<br>pmeagher@rjo.com<br>Tyson Arbuthnot, Esq.<br>tarbuthnot@rjo.com<br>311 California Street<br>San Francisco, California 94104<br>Telephone: 415.956.2828<br>Facsimile: 415.956.6457<br>*Attorneys for Defendants Total Team Construction Services, Inc. and Travelers Casualty & Surety Company of America* | Delivered Via:<br>☐ First Class Mail<br>☐ Electronic Mail<br>☐ Messenger<br>☐ Facsimile<br>☐ Hand Delivered |

DATED this _____ day of August 2014 at Henderson, Nevada.

_____

Stipulation and Order, Case No. 1:14-Cv-00087-LJO-GSA
Page 4 of 4

**PEEL BRIMLEY LLP**
1215 FOURTH AVENUE, SUITE 1235
SEATTLE, WASHINGTON 98161
(206) 770-3339