James D. Curran, Esq.  (SBN 126586)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Defendant,
TOTAL TEAM CONSTRUCTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL TEAM CONSTRUCTION SERVICES, INC., a California corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a bonding company corporation; DOES 1 through 10; ROE CORPORATIONS 1 through 10; BOE BONDING COMPANIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:14-cv-00087-LJO-GSA<br><br>**STIPULATION TO EXTEND SCHEDULE and  ORDER** |

Based on the *Joint Statement by Plaintiff American Construction & Environmental Services and Defendant Total Team Construction Services, Inc.* lodged with Magistrate Judge Gary S. Austin on September 9, 2015, and the discussions between the parties and Magistrate Judge Austin on September 10, 2015, the parties, Plaintiff AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC. ("Plaintiff"), Defendant TOTAL TEAM CONSTRUCTION SERVICES, INC. ("Total Team") and Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers"), by and

1.

through their respective attorneys of record, hereby stipulate to and request the Court to reschedule certain dates set by the Court in the Order Extending Schedule (Docket Doc. 38).

Plaintiff, Total Team, and Travelers hereby request the Court to reschedule the dates as follows:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Non-expert discovery cutoff** | September 4, 2015 | November 20, 2015 |
| **Expert disclosure** | September 18, 2015 | December 8, 2015 |
| **Rebuttal expert disclosure** | October 16, 2015 | December 15, 2015 |
| **Expert discovery cutoff** | November 13, 2015 | January 8, 2016 |
| **Non-dispositive motion filing deadline** | December 4, 2015 | January 15, 2016 |
| **Dispositive motion deadline** | January 4, 2016 | February 26, 2016 |
| **Pretrial Conference** | April 12, 2016<br>8:15 a.m. in Dept. 4 | April 12, 2016<br>8:15 a.m. in Dept. 4 |
| **Trial** | June 14, 2016<br>8:30 a.m. in Dept. 4 | June 14, 2016<br>8:30 a.m. in Dept. 4 |

**IT IS SO STIPULATED AND AGREED.**

Dated: September 10, 2015        PEEL BRIMLEY, LLP

By:    /s/*John V. Leary, Esq.*
Attorneys for Plaintiff,
AMERICAN CONSTRUCTION &
ENVIRONMENTAL SERVICES, INC.

Dated: September 10, 2015        WOLKIN • CURRAN, LLP

By:    /s/*James D. Curran, Esq.*
Attorneys for Defendant,
TOTAL TEAM CONSTRUCTION
SERVICES, INC.

2.

Dated: September 10, 2015         SALAMIRAD, MORROW, TIMPANE & DUNN, LLP

By:    /s/*Michael J. Timpane, Esq.*
Attorneys for Defendant,
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

## ORDER

The Court, having considered the above *Stipulation to Extend Schedule* and finding good cause to amend its previous Order Extending Schedule (Document 38), orders the deadlines in the scheduling order to be continued as set forth below:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Non-expert discovery cutoff** | September 4, 2015 | November 20, 2015 |
| **Expert disclosure** | September 18, 2015 | December 8, 2015 |
| **Rebuttal expert disclosure** | October 16, 2015 | December 15, 2015 |
| **Expert discovery cutoff** | November 13, 2015 | January 8, 2016 |
| **Non-dispositive motion filing deadline** | December 4, 2015 | January 15, 2016 |
| **Dispositive motion deadline** | January 4, 2016 | **January 30, 2016 (Note: This date is modified from the date requested.)** |
| **Pretrial Conference** | April 12, 2016 8:15 a.m. in Dept. 4 | April 12, 2016 8:15 a.m. in Dept. 4 |
| **Trial** | June 14, 2016 8:30 a.m. in Dept. 4 | June 14, 2016 8:30 a.m. in Dept. 4 |

The parties are advised that future requests to amend the scheduling conference will be looked upon with **great** disfavor given the length of time this case has been pending. Moreover, compliance with the discovery cutoffs requires that motions to compel be filed

3.

STIPULATION TO EXTEND SCHEDULE AND ORDER                    CASE NO.: 1:14-CV-00087-LJO-GSA

1  and heard sufficiently in advance of the cutoff so that the Court may grant effective relief
2  within the allotted discovery time.  A party's failure to have a discovery dispute heard
3  sufficiently in advance of the discovery cutoff may result in denial of the motion as
4  untimely. The parties are encouraged to work cooperatively to complete the discovery in this
5  case. Once sufficient discovery has been exchanged, the parties may contact the Court to
6  conduct a settlement conference to facilitate the early resolution of this action.

7  Additionally, as noted above, the Court modified the filing deadline for **dispositive**
8  **motions** to **January 30, 2015** to allow ample time for the resolution of dispositive motions
9  prior to the pretrial conference.

10  Finally, all other orders in the scheduling order remain issued on August 6, 2014
11  (Doc. 26) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 16, 2015**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE