UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL TEAM CONSTRUCTION SERVICES INC., a California corporation; TRAVERLERS CASUALTY & SURETY COMPANY OF AMERICA, a bonding company corporation; DOES 1 through X; ROE CORPORATIONS 1 through X; BOE BONDING COMPANIES 1 through X; inclusive,<br><br>Defendants. | No. 1:14-cv-00087-DAD-EPG<br><br>ORDER CLOSING CASE AFTER ACTION DISMISSED WITH PREJUDICE<br><br>(Doc. No. 51) |

On April 6, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 51.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **April 8, 2016**                                             _____
UNITED STATES DISTRICT JUDGE

1